UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AEP RIVER OPERATIONS LLC<br><br>VERSUS<br><br>THE M/V INES CORRADO, ITS ENGINES, TACKLE, APPAREL, EQUIPMENT, FURNITURE, ACCESSORIES, APPURTENANCES, ETC., *IN REM*, GESTION MARITIME, *IN PERSONAM*, AND XYZ INSURANCE COMPANIES | CIVIL ACTION NO. 2:12-cv-02206<br><br>JUDGE Carl Barbier<br><br>MAG. JUDGE Wilkinson |

## ORDER

The Court, having reviewed the verified Complaint filed in the above captioned case pursuant to Rule 25.02, finds that conditions for an action *in rem* appear to exist, therefore:

**IT IS ORDERED** that the Clerk of Court issue a warrant for the arrest of the M/V INES CORRADO.

**IT IS FURTHER ORDERED** that in the event the United States Marshal seizes the M/V INES CORRADO before discharge has been completed, that the United States Marshal shall allow the discharge operation to continue until said discharge operation currently being conducted at or near Mile 121 A.H.P. has been concluded and that the vessel be allowed to berth thereafter at general anchorage or other suitable location within the Eastern District of Louisiana, provided that the vessel not be allowed to sail or

otherwise be removed from the Eastern District of Louisiana and/or the jurisdiction of this Court without express consent being issued forth with.

New Orleans, Louisiana, Louisiana, this 5th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE